# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION - DETROIT

| | |
|---|---|
| IN THE MATTER OF: | CHAPTER 13 |
| | CASE NO. 13-47598-SWR |
| GARY M MASSEY, | JUDGE STEVEN W RHODES |
| JACQUELINE E MASSEY | |
| Debtors. | |
| _____/ | |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES** the Chapter 13 Trustee, Krispen S. Carroll, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E. D. Mich. LBR 3015-3(a) as follows:

1. Trustee requires an update at confirmation as to the status of debtor wife's employment.

2. Trustee objects to debtors' proration of the unemployment income over the life of the Plan as it affects the feasibility of debtor's Chapter 13 Plan pursuant to 11 U.S.C. § 1325(a)(6).

3. Trustee requires language in any Order Confirming Plan that the dividend to unsecured creditors shall be no than $5,580.00 as required by the Liquidation Analysis of the Chapter 13 Plan.

**WHEREFORE,** the Chapter 13 Trustee prays this Honorable Court deny confirmation of the debtors' Chapter 13 Plan.

                         OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT
                         Krispen S. Carroll, Chapter 13 Trustee

June 20, 2013               /s/ Margaret Conti Schmidt
                         KRISPEN S. CARROLL (P49817)
                         MARGARET CONTI SCHMIDT (P42945)
                         MARIA GOTSIS (P67107)
                         719 Griswold Street
                         Suite 1100
                         Detroit, MI  48226
                         (313) 962-5035
                         notice@det13ksc.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CHAPTER 13
 CASE NO. 13-47598-SWR
GARY M MASSEY,  JUDGE STEVEN W RHODES
JACQUELINE E MASSEY
Debtors.
_____/

## CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I electronically filed **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

ROBERT B REIZNER
605 W MICHIGAN AVE
JACKSON, MI 49201-0000

and I hereby certify that I have mailed by United States Postal Service the above mentioned documents to the following non-ECF participants:

GARY M MASSEY
JACQUELINE E MASSEY
3054 W BERRY ROAD
RIVES JUNCTION, MI 49277-0000

June 21, 2013  /s/ Barbara A. Ecclestone
 Barbara A. Ecclestone
 For the Office of the Chapter 13 Trustee-Detroit
 719 Griswold Street
 Suite 1100
 Detroit, MI 48226
 (313) 962-5035
 notice@det13ksc.com